# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSARIO VAZQUEZ RAMIREZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-06810-SRM-SK<br>**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**<br>A File No. 234-191-308 |

Respondents are ordered to show cause by **5 PM PT on Monday November 16, 2026**, why the petition for a writ of habeas corpus under 28 U.S.C. § 2241 filed by Maria Del Rosario Vazquez Ramirez on November 12, 2026 should not be granted. If no answer to the petition or other timely response to the show-cause order is filed by that deadline, the petition will be deemed unopposed and recommended for granting with release on reasonable conditions of pre-removal supervision. In the meantime, only the briefing schedule in General Order 26-05 is suspended.

IT IS SO ORDERED.

DATED: November 13, 2026

STEVE KIM
United States Magistrate Judge