**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSARIO VAZQUEZ RAMIREZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-06810-SK<br><br>**JUDGMENT**<br><br>A File No. 234-191-308 |

Pursuant to the Order Conditionally Granting Petitioner's Unopposed Habeas Petition under 28 U.S.C. § 2241, judgment is entered in favor of Petitioner.

The clerk of court is instructed to close this case.

DATED: November 19, 2026

STEVE KIM
United States Magistrate Judge